# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**Debra J. Nolan,**

      **Plaintiff,**      CASE NUMBER: 13-13470
                            HONORABLE VICTORIA A. ROBERTS
                            MAGISTRATE JUDGE GRAND

v.

**Commissioner of Social Security,**

      **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 12, 2014, Magistrate Judge Grand issued a Report and Recommendation [Doc.19], recommending that Defendant's Motion for Summary Judgment [Doc. 17] be GRANTED and Plaintiff's Motion for Summary Judgment [Doc. 14] be DENIED.  Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).  Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**.  Judgment will enter in favor of Defendant.

    **IT IS ORDERED**.

                                         S/Victoria A. Roberts
                                         Victoria A. Roberts
                                         United States District Judge

Dated:  January 14, 2015

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 14, 2015.

S/Linda Vertriest
Deputy Clerk

2